# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRESCENCIO VILLALOBOS,<br><br>   Plaintiff,<br><br>v.<br><br>DOWNEY GRINDING CO.; LARRY SEQUEIRA; DARLA SEQUEIRA,<br><br>   Defendants. | Case No. 8:19-cv-00150 AG (ADSx)<br><br>**DISCOVERY MATTER**<br><br>ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER<br><br>Complaint Filed: January 25, 2019<br>Trial Date: Not set |

Having reviewed the Stipulation for Protective Order filed by the parties, and finding good cause therefore, the Court hereby grants their Stipulation of the Protective Order.

IT IS SO ORDERED.

DATED: April 18, 2019                 _____/s/ Autumn D. Spaeth_____
                                                          HONORABLE AUTUMN D. SPAETH
                                                          United States Magistrate Judge