**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES CLOSING

Case No   SACV 19-00150JVS(ADSx)              Date: December 6, 2021

Title: Crescencio Villalobos v Downey Grinding Co, et al

Present   JAMES V. SELNA, United States District Court Judge

       Lisa Bredahl                      Not Present
       Deputy Clerk                     Court Reporter

---

Attorneys for Plaintiff                Attorneys for Defendant

Not Present                             Not Present

---

Proceedings:    ☐ In Court    X In Chambers    ☐ Counsel Notified

☐    Case previously closed in error.  Make JS-5.

X    Case should have been closed on docket entry #106 on 11/18/21.   Make JS-6.

☐    Case settled but may be reopened if settlement is not finalized within     days.  Make JS-6.

☐    Other:                         .

☐    Entered                              .

CV-74 (08/97)                                          Initials by Deputy Clerk    lmb